nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY HARVEY, Appellant. [26 NYS3d 903]—Writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Carni, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BRADFORD, JR., Appellant. [26 NYS3d 903]—Writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Scudder, JJ.

■ NANCY BURKHART, as Administrator of the Estate of BRIAN BURKHART, Deceased, Respondent, v PEOPLE, INC., et al., Appellants, et al., Defendants. [26 NYS3d 903]—Reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.

■ PHILLIP WOLFE, Respondent, v WAYNE-DALTON CORP. et al., Defendants, and JOANNE LESKA et al., Appellants. (Appeal No. 1.) [26 NYS3d 904]—Reargument denied. Present—Whalen, P.J., Peradotto, Carni and Scudder, JJ.

■ In the Matter of MYRON WRIGHT, Consecutive No. 16906, for Discharge from Central New York Psychiatric Center Pursuant to Mental Hygiene Law § 10.09, Respondent, v STATE OF NEW YORK et al., Appellants. [26 NYS3d 905]—Leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.

■ MARCUS QUIROS, Respondent, v FIVE STAR IMPROVEMENTS, INC., Appellant. [26 NYS3d 905]—Reargument denied. Present—Whalen, P.J., Smith, Peradotto, Carni and DeJoseph, JJ.

■ MARY DELUCA, Individually and as Class Representative, et al., Respondents, v TONAWANDA COKE CORPORATION et al., Appellants, et al., Defendants. (Appeal No. 1.) [26 NYS3d 906]—Leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, DeJoseph and Scudder, JJ.

■ MARY DELUCA, Individually and as Class Representative, et al., Respondents, v TONAWANDA COKE CORPORATION et al., Appellants, et al., Defendants. (Appeal No. 2.) [26 NYS3d 907]—Leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, DeJoseph and Scudder, JJ.

■ MARY PINTER, Individually and as Administratrix of the Estate of ERIN PINTER, Deceased, Respondent, v TOWN OF JAVA